

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-16-00636-CV |
| Style: | Edwin K. Hunter and Hunter, Hunter & Sonnier, LLC |
| | v. Preston Marshall, Individually and Rusk Capital Management, L.L.C. |
| Date motion filed: | February 5, 2018 |
| Type of motion: | Stacy D. Blank's Motion for Admission Pro Hac Vice and |
| | Unopposed Motion of Resident Attorney Lawrence Bradley Hancock in Support of Pro Hac |
| | Vice Admission for Stacy D. Blank |
| Party filing motion: | Stacy D. Blank and Lawrence Bradley Hancock, Counsel for Edwin K. Hunter and Hunter, |
| | Hunter & Sonnier, LLC |

Ordered that motion is:

☑ **Granted**

   If document is to be filed, document due:

☐   Denied

☐   Dismissed (*e.g.*, want of jurisdiction, moot)

☐   Other: _____

Judge's signature: /s/ Terry Jennings
☑ Acting individually      ☐ Acting for the Court

Date: February 8, 2018